1 BENJAMIN B. WAGNER
United States Attorney
2 MICHELLE RODRIGUEZ
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,  |  CASE NO. 02:14-MJ-000013 KJN

12              Plaintiff,  |  ORDER

13        v.

14 JASON PATRICK DALE PEDERSON,

15              Defendant.

18   The United States' motion to dismiss without prejudice the underlying UFAP complaint and
19 recall the arrest warrant in the above referenced case, 14-MJ-00013 KJN, against defendant JASON
20 PATRICK DALE PEDERSON is GRANTED.
21 Dated: January 30, 2014

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

1